IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| LIANI REYNA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 02-980-JO |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| CITY OF PORTLAND; PORTLAND POLICE BUREAU; and MARK KROEKER in his individual and representative capacities, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Stephen L. Brischetto
Attorney at Law
520 S.W. Yamhill Street, Suite 500
Portland, OR 97204

  Attorney for Plaintiff

James P. Martin
Janet M. Schroer
HOFFMAN HART & WAGNER, LLP
1000 S.W. Broadway, Suite 2000
Portland, OR 97205

Jenifer J. Johnston
CITY ATTORNEY'S OFFICE
1221 S.W. Fourth Avenue, Suite 430
Portland, OR 97204

    Attorneys for Defendants

JONES, Judge:

Pursuant to Magistrate Judge Stewart's order dated March 29, 2004, plaintiff moves (# 401) for an award of attorney fees in the sum of $1,488.50 and costs in the sum of $627.00 related to four depositions that were reopened in May and June 2004. Defendant states that it does not oppose the request, although defendant suggests that plaintiff's counsel's requested hourly rate of $325 is excessive. Without establishing a precedent for that rate in future cases, in view of the fact that the award of fees and costs is in the nature of a sanction, I grant plaintiff's motion. Plaintiff is awarded $1,488.50 in attorney fees and $627.00 in costs, for a total award of $2,115.50.

    IT IS SO ORDERED.

    DATED this 2nd day of August, 2005.

                                   _____
                                   ROBERT E. JONES
                                   U.S. District Judge