IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| LIANI REYNA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 02-980-JO |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| CITY OF PORTLAND; ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

    Stephen L. Brischetto
    Attorney at Law
    520 S.W. Yamhill Street, Suite 500
    Portland, OR 97204

     Attorney for Plaintiff

    James P. Martin
    Kari A. Furnanz
    Janet M. Schroer
    HOFFMAN HART & WAGNER, LLP
    1000 S.W. Broadway, 20th Floor
    Portland, OR 97205

Jenifer J. Johnston
CITY ATTORNEY'S OFFICE
1221 S.W. Fourth Avenue, Suite 430
Portland, OR 97204

    Attorneys for Defendants

JONES, Judge:

This case is before the court on plaintiff's motion for relief from judgment and for a new trial (# 393). On July 2005, I denied the portion of plaintiff's motion concerning recusal, and will not further address that issue.

Having considered plaintiff's arguments on the remaining issues and defendant's response, I find no merit to plaintiff's contentions with one exception. I have as of this date entered findings and conclusions denying plaintiff's state law claims. In all other respects, plaintiff's motion is denied.

    IT IS SO ORDERED.

    DATED this 21st day of September, 2005.

    /s/ Robert E. Jones
    ROBERT E. JONES
    U.S. District Judge