IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| LIANI REYNA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 02-980-JO |
| | ) | |
| v. | ) | <u>FINDINGS OF FACT</u> |
| | ) | <u>AND CONCLUSIONS OF LAW</u> |
| CITY OF PORTLAND; ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

Following a two-week jury trial on plaintiff's federal discrimination and retaliation claims, the jury rendered a defense verdict on all liability issues. On June 20, 2005, the court entered judgment on the jury verdict and dismissed the case.

In July 2005, plaintiff moved for relief from judgment and for a new trial. By order dated this date, I denied plaintiff's motion, but granted her request that I enter findings and conclusions on her state law claims, which were tried to the court contemporaneously with the jury trial.

Plaintiff alleged state law claims for a hostile work environment, sex discrimination, and retaliation under ORS 659.A.030. On her corresponding federal claims, the jury found that defendant did not subject plaintiff to a hostile work environment, intentional sex discrimination,

or retaliation. Having considered all the evidence, including the exhibits and the testimony of witnesses, and having had a full opportunity to judge the credibility of the witnesses, I find and therefore conclude that plaintiff failed to sustain her burden of proving by a preponderance of the evidence the requisite elements of her state law claims, and defendant is entitled to judgment in its favor on each claim.

IT IS SO ORDERED.

DATED this 21st day of September, 2005.

/s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge